IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Trust & Verify Data Protection LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Ravelin Technology Inc.,**<br><br>Defendant. | Case No. 1:20-cv-03805-JGK-RA<br><br>Patent Case<br><br>Jury Trial Demanded |

### ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL

This matter is before the Court on Plaintiff Trust & Verify Data Protection LLC's, Notice of Dismissal **with prejudice**. Each party shall bear its own costs, expenses, and attorneys' fees. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that this matter be dismissed **with prejudice.**

SO ORDERED _____

/s/ John G. Koeltl            June 22, 2020
_____
UNITED STATES DISTRICT COURT
Judge John G. Koeltl

---

The Clerk is directed to enter judgment
and to close this case.
SO ORDERED.

New York, NY     /s/ John G. Koeltl
June 22, 2020    John G. Koeltl, U.S.D.J.