**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Trust & Verify Data Protection LLC,
                      Plaintiff,

      -against-                                    20 **CIVIL** 3805 (JGK)

## JUDGMENT

Ravelin Technology Inc.,
                      Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 22, 2020, that this matter is before the Court on Plaintiff Trust & Verify Data Protection LLC's Notice of Voluntary Dismissal with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees; Being so advised, the Court hereby finds that the request should be granted. It is, therefore, Ordered, this matter is dismissed with prejudice.

**Dated:**  New York, New York
           June 23, 2020

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                   **Clerk of Court**
                                        **BY:**  _____
                                                                   **Deputy Clerk**