**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────
**TRUST & VERIFY DATA PROTECTION LLC**

               Plaintiff,        20 cv. 3805 (JGK)

    - against -               <u>ORDER</u>

**RAVELIN TECHNOLOGY INC.**

               Defendant.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The clerk is directed to close Docket Number 11.

**SO ORDERED.**

**Dated:    New York, New York**
           **August 26, 2020**          ___/s/ John G. Koeltl____
                                                    **John G. Koeltl**
                                        **United States District Judge**